COURT OF APPEALS

EIGHTH DISTRICT OF
TEXAS

EL PASO, TEXAS


 
 
  
 GABRIEL MANNY YANEZ,
  
                             Appellant,
  
 v.
  
 MARIA NOHEMI ESTRADA,
  
                            
 Appellee.
 
 
  
   '
     
   '
     
   '
     
   '
     
   '
     
  '
 
  
 
 
  
  
                   No. 08-12-00304-CV
  
 Appeal from the
  
 383rd
 District Court
  
 of El
 Paso County, Texas
  
 (TC# 2006AG7960)
  
 
 


                                                     MEMORANDUM
OPINION

We review this appeal on our own motion for
determination of whether it should be dismissed for lack of jurisdiction.  Gabriel Manny Yanez, Appellant, appeals an
order holding him in contempt for failure to pay child support.  After Appellant filed his notice of appeal,
the clerk of this Court notified Appellant of the Court=s
intent to dismiss the case for lack of jurisdiction.  Mr. Yanez did not respond to the Court=s notice.

            We, as an
appellate court, generally have jurisdiction over final judgments, and such
interlocutory orders as the legislature deems appealable.  Tex.
Civ. Prac. & Rem. Code Ann. '
51.012 and ' 51.014 (West
2008); Ruiz v. Ruiz, 946 S.W.2d 123, 124 (Tex. App.--El Paso 1997, no
pet.); see also Tex. Fam. Code
Ann. ' 109.002
(West 2008) (appeals from suits affecting parent-child relationship).  However, we lack jurisdiction to review on
direct appeal a child-support enforcement contempt order.  Vernon
v. Vernon, 225 S.W.3d 179, 179 (Tex.App.--El Paso 2005, no pet.).  We therefore dismiss the appeal for want of
jurisdiction.

 

                                                                        GUADALUPE
RIVERA, Justice

November 7, 2012

 

Before McClure, C.J., Rivera, J., and Antcliff, J.